UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLUSEUN MARTINS OMOLE,<br>a/k/a "Seun Omole,"<br><br>Defendant. | **INDICTMENT**<br><br>23 Cr.<br><br>23 CRIM 367 |

**COUNT ONE**
**(Conspiracy to Commit Wire Fraud)**

The Grand Jury charges:

1. From at least in or about May 2019 through at least in or about March 2023, in the Southern District of New York and elsewhere, OLUSEUN MARTINS OMOLE, a/k/a "Seun Omole," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

2. It was a part and an object of the conspiracy that OLUSEUN MARTINS OMOLE, a/k/a "Seun Omole," the defendant, and others known and unknown, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, OMOLE agreed to participate and participated in a scheme that involved, among other things, the use of false pretenses communicated by email and text message to fraudulently induce victims,

some of whom were located in the Southern District of New York, to ship packages containing electronic devices to OMOLE, which he then reshipped to co-conspirators located outside of the United States.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
**(Conspiracy to Commit Receipt of Stolen Goods and Interstate and Foreign Transportation of Stolen Goods)**

The Grand Jury further charges:

3. From at least in or about May 2019 through at least in or about March 2023, in the Southern District of New York and elsewhere, OLUSEUN MARTINS OMOLE, a/k/a "Seun Omole," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, interstate and foreign transportation of stolen goods, in violation of Title 18, United States Code, Section 2314, and receipt of stolen goods, in violation of Title 18, United States Code, Section 2315.

4. It was a part and object of the conspiracy that OLUSEUN MARTINS OMOLE, a/k/a "Seun Omole," the defendant, and others known and unknown, knowingly transported, transmitted, and transferred in interstate and foreign commerce goods, wares, merchandise, securities, and money, of the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

5. It was a further part and object of the conspiracy that OLUSEUN MARTINS OMOLE, a/k/a "Seun Omole," the defendant, and others known and unknown, knowingly received, possessed, concealed, stored, bartered, sold, and disposed of goods, wares, merchandise, securities, and money of the value of $5,000 and more, and pledged and accepted as a security for

a loan goods, wares, merchandise, and securities, of the value of $500 and more, which had crossed a State and United States boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken, in violation of Title 18, United States Code, Section 2315.

Overt Acts

6. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. In or about February 2021, an individual representing himself to be "Tobylink Fadaca" fraudulently induced a victim residing in the Southern District of New York to send a smartwatch to a location in Texas controlled by OLUSEUN MARTINS OMOLE, a/k/a "Seun Omole," the defendant, who had incorporated a business entity named Tobylink Impessions, a/k/a Tobylink Impressions, in furtherance of the conspiracy.

(Title 18, United States Code, Section 371.)

**COUNT THREE**
**(Receipt of Stolen Goods)**

The Grand Jury further charges:

7. From at least in or about May 2019 through at least in or about March 2023, in the Southern District of New York and elsewhere, OLUSEUN MARTINS OMOLE, a/k/a "Seun Omole," the defendant, knowingly received, possessed, concealed, stored, bartered, sold, and disposed of goods, wares, merchandise, securities, and money of the value of $5,000 and more, and pledged and accepted as a security for a loan goods, wares, merchandise, and securities, of the value of $500 and more, which had crossed a State and United States boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and

taken, to wit, OMOLE received in Texas at least approximately 5,900 packages sent to him from victims, some of whom resided in the Southern District of New York, who were induced to make such shipments based on fraudulent pretenses.

(Title 18, United States Code, Sections 2315 and 2.)

**FORFEITURE ALLEGATIONS**

8. As a result of committing the offenses alleged in Counts One through Three of this Indictment, OLUSEUN MARTINS OMOLE, a/k/a "Seun Omole," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from, proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Asset Provision**

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the

defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

DAMIAN WILLIAMS
United States Attorney