UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

OLUSEUN MARTINS OMOLE,

Defendant.

---------------------------------------------------------------------X

23-CR-367 (JMF)

SCHEDULING ORDER

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **July 26, 2023** at **10:30 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: July 21, 2023
New York, New York

JESSE M. FURMAN
United States District Judge